**DWOSKIN WASDIN LLP**
Eric S. Dwoskin (*admitted pro hac vice*)
edwoskin@dwowas.com
433 Plaza Real, Ste. 275
Boca Raton, Florida 33432
Tel.: 561-849-8060

**LAW OFFICES OF ROBERT G. LOEWY, P.C**
Robert G. Loewy (SBN 179868)
rloewy@rloewy.com
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Tel.: 949-468-7150

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GLENN STRICKER, individually,

Plaintiff,

v.

CENTR LLC, a Delaware limited liability company,

Defendant.

Case No. 2:24-cv-03877-HDV-JPR

NOTICE OF SETTLEMENT-IN-PRINCPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES

[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]

PLEASE TAKE NOTICE:

The parties to this action have reached a settlement-in-principle. Accordingly, in light of the parties' pending settlement, the parties hereby request that the Court stay all future deadlines in this action.

Dated: August 5, 2024

**DWOSKIN WASDIN LLP**
Eric S. Dwoskin (admitted *pro hac vice*)

By: /s/ Eric S. Dwoskin
*Counsel for Plaintiff*

**KLARIS LAW PLLC**
Lacy H. Koonce, III

By: /s/ Lacy H. Koonce, III
*Counsel for Centr, LLC*

**FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties in this matter, and I have obtained their authorization to affix their electronic signatures to this document.

DATED: August 5, 2024

**Dwoskin Wasdin LLP**
Eric S. Dwoskin

By: /s/ Eric S. Dwoskin

*Counsel for Plaintiff*